Judge Philip R. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2012 FEB 15 PM 2:25

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JESUS CHAVEZ, and CARLOS ALBERTO GOMEZ,** Defendants. | § § § § § § § § § § § § § § § | **CRIMINAL NO.** EP-12-CR- (EP-11-M-3330-G) **INDICTMENT** **CT 1:** 21:963-Conspiracy to Import a Controlled Substance; **CT 2:** 21:952(a)-Importation of a Controlled Substance; **CT 3:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; **CT 4:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance |

EP12CR0318

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. § 963, 952(a) & 960(a)(1) & 960(b)(1)(G))

That beginning on or about March, 2010, and continuing to and including on or about June 30, 2011, in the Western District of Texas, the Republic of Mexico, and elsewhere, Defendants,

**JESUS CHAVEZ, and**
**CARLOS ALBERTO GOMEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

**COUNT TWO**
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(G))

That beginning on or about March, 2010, and continuing to and including on or about June 30, 2011, in the Western District of Texas, the Republic of Mexico, and elsewhere, Defendants,

**JESUS CHAVEZ, and**
**CARLOS ALBERTO GOMEZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

**COUNT THREE**
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(vii))

That beginning on or about March, 2010, and continuing to and including on or about June 30, 2011, in the Western District of Texas, the Republic of Mexico, and elsewhere, Defendants,

**JESUS CHAVEZ, and**
**CARLOS ALBERTO GOMEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

**COUNT FOUR**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(vii))

That beginning on or about March, 2010, and continuing to and including on or about June 30, 2011, in the Western District of Texas, the Republic of Mexico, and elsewhere, Defendants,

**JESUS CHAVEZ, and**
**CARLOS ALBERTO GOMEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney